```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 31277
   ALBERTO RIOS
   MARISOL RIOS                               CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-2875    SSN XXX-XX-9639

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/17/2008 and was not confirmed.

     The case was dismissed without confirmation 02/19/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
DISH NETWORK               UNSECURED    NOT FILED          .00           .00
AIS SERVICES LLC           UNSECURED       376.45          .00           .00
CHECK N GO                 UNSECURED    NOT FILED          .00           .00
CHECK N GO                 UNSECURED    NOT FILED          .00           .00
SBC ILLINOIS               UNSECURED    NOT FILED          .00           .00
PUBLIC STORAGE             UNSECURED    NOT FILED          .00           .00
AMERICAN GENERAL FINANCE   UNSECURED      6119.55          .00           .00
AMERICAN GENERAL FINANCE   UNSECURED      3246.98          .00           .00
AMERICREDIT FINANCIAL SV   UNSECURED     12188.47          .00           .00
T MOBILE                   UNSECURED    NOT FILED          .00           .00
BUFFALO GROVE ORTHOPEDIC   UNSECURED    NOT FILED          .00           .00
HARLEM FURNITURE           UNSECURED    NOT FILED          .00           .00
CITY OF CHICAGO DEPT OF    UNSECURED      4750.00          .00           .00
COMCAST/CHICAGO            UNSECURED    NOT FILED          .00           .00
PATHOLOGY CONSULTANTS OF   UNSECURED    NOT FILED          .00           .00
PATHOLOGY CONSULTANTS OF   UNSECURED    NOT FILED          .00           .00
MOST FUNDING               UNSECURED       689.78          .00           .00
TCF NATIONAL BANK          UNSECURED    NOT FILED          .00           .00
PEOPLES GAS                UNSECURED    NOT FILED          .00           .00
COMMONWEALTH EDISON        UNSECURED    NOT FILED          .00           .00
SETON FAMILY HEALTH CENT   UNSECURED    NOT FILED          .00           .00
SETON FAMILY HEALTH CENT   UNSECURED    NOT FILED          .00           .00
SETON FAMILY HEALTH CENT   UNSECURED    NOT FILED          .00           .00
THOREK HOSPITAL MED CENT   UNSECURED    NOT FILED          .00           .00
THOREK PHYSICIAN           UNSECURED    NOT FILED          .00           .00
INTERNAL REVENUE SERVICE   UNSECURED     13814.41          .00           .00
NORTHERN IL EMERGENCY OC   UNSECURED    NOT FILED          .00           .00
CHICAGO DENTAL WORKS       UNSECURED    NOT FILED          .00           .00
LINCOLN PARK ANESTHESIA    UNSECURED    NOT FILED          .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED       700.95          .00           .00
SBC AMERITECH              UNSECURED    NOT FILED          .00           .00
MIDNIGHT VELVET            UNSECURED    NOT FILED          .00           .00
PHYSICIANS IMMEDIATE CAR   UNSECURED    NOT FILED          .00           .00
SBC                        UNSECURED    NOT FILED          .00           .00
NICOR GAS                  UNSECURED    NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 31277 ALBERTO RIOS & MARISOL RIOS
```

```
ROUNDUP FUNDING LLC       UNSECURED          725.00              .00              .00
PLAINS COMMERCE BANK      UNSECURED      NOT FILED              .00              .00
US CELLULAR               UNSECURED      NOT FILED              .00              .00
TCF BANK                  UNSECURED      NOT FILED              .00              .00
SEVENTH AVENUE            UNSECURED      NOT FILED              .00              .00
TCF BANK                  UNSECURED      NOT FILED              .00              .00
COMMONWEALTH EDISON       UNSECURED      NOT FILED              .00              .00
UNIVERSAL LENDERS         SECURED NOT I   2923.13              .00              .00
US BANK                   UNSECURED       1171.95              .00              .00
MILLENIUM MEDICAL         UNSECURED      NOT FILED              .00              .00
MILLENIUM MEDICAL         UNSECURED      NOT FILED              .00              .00
VILLAGE OF ELMWOOD PARK   UNSECURED      NOT FILED              .00              .00
WFNNB/ HARLEM FURNITURE   UNSECURED      NOT FILED              .00              .00
NORTH STAR CAPITAL ACQUI  UNSECURED          282.00              .00              .00
PETER KAMINSKI            NOTICE ONLY    NOT FILED              .00              .00
MARIA RODRIGUEZ           NOTICE ONLY    NOT FILED              .00              .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT      20.00              .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,500.00                                .00
TOM VAUGHN                TRUSTEE                                                 .00
DEBTOR REFUND             REFUND                                                  .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                          ---------------      ---------------
TOTALS                        .00                     .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/26/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE



                         PAGE  2
         CASE NO. 08 B 31277 ALBERTO RIOS & MARISOL RIOS